February 13, 1974.

M. P. No. 74-6. VINCENT E. KADIAN *v.* MERCHANTS MUTUAL INSURANCE COMPANY. Petition of defendant for writ

of certiorari denied. *Edward I. Friedman,* for plaintiff. *Martin M. Zucker,* for defendant.